UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SONDRIA BROWN, ET AL.                     CIVIL ACTION

VERSUS                                    NO: 10-4607

CANAL ENERGY & SERVICING, INC.            SECTION: "S" (5)

JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Canal Energy & Servicing, Inc., and against the plaintiffs, Sondria Brown, Terris Cramedy, Carlos Gibson, Derrick Mixon, Arthur Mixon, Helen Edwards, Lance Jackson, Darrick May, Derrick McGowan, Preston Murray, Donnell Pigott, Jonathan Lowery, Elvin Pigott, Devon Thompson, and Michael Williams, **DISMISSING** the complaint.

New Orleans, Louisiana, this 19th day of July, 2011.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**